1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PABLO INES PALOMINOS, | ) | 1:12-CV-00142  LJO SKO |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING APPLICATION TO |
| v. | ) | PROCEED IN FORMA PAUPERIS |
| CITIBANK, N.A., | ) | (Document 2) |
| Defendant. | ) | |
| | ) | |

By application filed on January 30, 2012, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

**Dated:   February 2, 2012**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

1