1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  PABLO INES PALOMINOS,                    )    1:12-CV-00142  LJO SKO
                                             )
12              Plaintiff,                   )
                                             )    ORDER GRANTING APPLICATION TO
13      v.                                   )    PROCEED IN FORMA PAUPERIS
                                             )
14  CITIBANK, N.A.,                          )    (Document 2)
                                             )
15              Defendant.                   )
                                             )
16  _____ )

17

18      By application filed on January 30, 2012, Plaintiff has requested leave to proceed in

19  forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes

20  the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS

21  GRANTED.  28 U.S.C. § 1915 (a).

22
23
24  IT IS SO ORDERED.

25  **Dated:   February 2, 2012**            _____/s/ Sheila K. Oberto_____
                                             UNITED STATES MAGISTRATE JUDGE
26
27
28                                      1