1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11  MARIA INES PALOMINOS,                )    1:12-CV-00142  LJO SKO
                                         )
12              Plaintiff,               )
                                         )
             v.                          )    ORDER GRANTING APPLICATION TO
13                                       )    PROCEED IN FORMA PAUPERIS
                                         )
14  CITIBANK, N.A.,                      )    (Document 3)
                                         )
15              Defendant.               )
                                         )
16  _____ )

17

18          By application filed on January 30, 2012, Plaintiff has requested leave to proceed in

19  forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes

20  the showing required by § 1915 (a).   Accordingly, the request to proceed in forma pauperis IS

21  GRANTED.  28 U.S.C. § 1915 (a).

22

23

24  IT IS SO ORDERED.

25  **Dated:    February 2, 2012**              _____ **/s/ Sheila K. Oberto** _____
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28                                    1