1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MARIA INES PALOMINOS,               )    1:12-CV-00142  LJO SKO
                                    )
                Plaintiff,          )
                                    )
        v.                          )    ORDER GRANTING APPLICATION TO
                                    )    PROCEED IN FORMA PAUPERIS
CITIBANK, N.A.,                     )
                                    )    (Document 3)
                Defendant.          )
                                    )
_____)

        By application filed on January 30, 2012, Plaintiff has requested leave to proceed in

forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes

the showing required by § 1915 (a).   Accordingly, the request to proceed in forma pauperis IS

GRANTED.  28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

**Dated:    February 2, 2012**         _____/s/ Sheila K. Oberto_____
                                       UNITED STATES MAGISTRATE JUDGE

1